George Rentz and J. V. Tarver, Plaintiffs in Error, v. C. E. Hill, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Marion County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

H. M. Hampton, for Plaintiffs in Error;

W. K. Zewadski, for Defendant in Error.

---

Waterman Company, a Corporation, Plaintiff in Error, v. J. H. Van Harlingen, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Duval County.

Writ of Error dismissed on motion of counsel for Defendant in Error.

Geo. U. Walker & Son, for Plaintiff in Error;

M. W. Lewis, for Defandant in Error.

---

Standard Oil Company, Plaintiff in Error, v. Oscar C. Nelson, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Escambia County.